(October 25, 1918.)

STATE, Respondent, v. F. C. GANNETT, Appellant.

[175 Pac. 709.]

APPEAL—BRIEF—TIME FOR SERVING AND FILING—JUDGMENT—AFFIRM-ANCE OF.

    1.   When a cause is reached upon the calendar and no brief for appellant has been filed or served, the judgment may be affirmed under Rule 48 of the rules of this court.

APPEAL from the District Court of the Sixth Judicial District, for Custer County.   Hon. F. J. Cowen, Judge.

Prosecution for unlawful possession of intoxicating liquor. Judgment of conviction.   *Affirmed.*

T. A. Walters, Attorney General, and J. P. Pope, Assistant Attorney General, for Respondent.

George L. Ambrose, for Appellant.

Counsel file no briefs.

  BUDGE, C. J.—The transcript on appeal was filed on December 28, 1916.   No brief has ever been filed or served by the appellant.   The case falls within Rule 48 of the rules of this court.   We have examined the record for fundamental errors and have found none.   The judgment of the trial court is affirmed.

Morgan and Rice, JJ., concur.